**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**

In Re: Roger Todd Rumsey

**Debtor(s)**

Case No.: 10–30283

Chapter: 13

### ORDER CLOSING CASE

The estate has been fully administered. Therefore, the Court orders:

1. David G Peake is discharged as trustee of the estate.

2. The Trustee's bond is cancelled.

3. The case is closed.

Signed and Entered on Docket: 3/24/10

_____
MARVIN ISGUR
United States Bankruptcy Judge